# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139617(85)

2000 BAUM FAMILY TRUST, BAUM FAMILY
TRUST, JOSEPH BEAUDOIN, SANDRA
BEAUDOIN, ADELE MEGDALL REVOCABLE
TRUST, PAUL NOWAK & JOAN NOWAK
TRUST, MARILYN ORMSBEE, MARK
SCHWARTZ, WENDY SCHWARTZ, and
THOMAS THOMASON,
   Plaintiffs/Counter
   Defendants-Appellants,

v

WILLIAM BABEL, JUDY BABEL, JAMES
CAHILL, GLORIA CAHILL, DANIEL
ENGSTROM, PENNY ENGSTROM, ARTHUR
A. RANGER TRUST, PATRICIA L. RANGER
TRUST, and CHARLEVOIX COUNTY ROAD
COMMISSION,
   Defendants/Counter
   Plaintiffs-Appellees,

and

AL GOOCH, ELIZABETH GOOCH, JESSE
HALSTEAD, and LINDA HALSTEAD,
   Intervening Defendants/
   Counter Plaintiffs-
   Appellees,

and

CHARLEVOIX TOWNSHIP,
   Defendant-Appellee.

SC: 139617
COA: 284547
Charlevoix CC: 07-061121-CH

_____/

On order of the Court, the motion to strike or to allow supplemental photographs is considered. We DENY the motion to strike and we GRANT the defendants' request to submit supplemental photographs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

Clerk

s0621